IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LABARRON DEWAYNE HILL, <br> AIS #163049, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM H. STEELE *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 1:22-00197-CG-N <br> ) <br> ) <br> ) <br> ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 4) made under 28 U.S.C. § 636(b)(1)(B)–(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated August 22, 2022, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Plaintiff LaBarron Dewayne Hill's complaint (Doc. 1) be **DISMISSED without prejudice** for failure to prosecute. Final judgment shall issue separately in accordance with this order and Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this the 20th day of September, 2022.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE