IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LABARRON DEWAYNE HILL, AIS #163049, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 1:22-00197-CG-N ) |
| WILLIAM H. STEELE *et al.*, | ) ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ADJUDGED** and **DECREED** that Plaintiff LaBarron Dewayne Hill's action is **DISMISSED** without prejudice for failure to prosecute.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE and ORDERED** this the 20th day of September, 2022.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE